472 A.2d 262

McGrath, Appellants, v. Tapper.
Petition for Allowance of Appeal
Denied July 19, 1984.

Argued September 20, 1983. Barton A. Haines, for appellants; Dennis Veneziale, for appellees.

Before CIRILLO, JOHNSON and CERCONE, JJ.

We vacate the trial court's order of January 5, 1982 and direct the trial court to enter the April 21, 1981 jury verdict as modified by the April 23, 1981 court order.

CIRILLO, J., filed a memorandum concurring opinion.